THIS OPINION HAS 
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN 
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH 
 CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Anthony Tyrone Gilchrist, 
 Appellant. 
 
 
 

Appeal From Greenwood 
 County
  John W. Kittredge, Circuit 
 Court Judge
  Wyatt T. Saunders, Jr, Circuit 
 Court Judge

Unpublished Opinion 
 No. 2004-UP-310
 Submitted February 20, 2004 
  File May 7, 2004   

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate 
 Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, 
 for Appellant.
 Attorney General 
 Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, 
 Assistant Deputy Attorney General Charles H. Richardson, all of Columbia; 
 and Solicitor William Townes Jones, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  
 Anthony Tyrone Gilchrist appeals his conviction for distribution of crack cocaine.  
 Gilchrists appellate counsel has petitioned to be relieved as counsel, stating 
 she has reviewed the record and has concluded Gilchrists appeal is without 
 merit.  The issue briefed by counsel concerns whether the trial court erred 
 in declining to direct a verdict for the defense.  Gilchrist has not filed any 
 documents with this court on his own behalf.
After a review of the 
 record as required by Anders v. California, 386 U.S. 738 (1967), and 
 State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there 
 are no directly appealable issues in this case that are arguable on their merits.  
 Accordingly, we dismiss Gilchrists appeal and grant counsels petition to be 
 relieved.[1]
APPEAL DISMISSED.
GOOLSBY, HUFF, and 
 HOWARD, JJ., concur.
 

 
 [1]  
 Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.